**AFFIRM; and Opinion Filed July 31, 2017.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-16-01348-CR

---

### STONEY RAY ADAMS, Appellant
### V.
### THE STATE OF TEXAS, Appellee

---

### On Appeal from the 86th Judicial District Court
### Kaufman County, Texas
### Trial Court Cause No. 32300-86

---

## MEMORANDUM OPINION

Before Justices Fillmore, Whitehill, and Boatright
Opinion by Justice Boatright

Stoney Ray Adams appeals his conviction, following the adjudication of his guilt, for sexual assault of a child. The trial court assessed punishment at twenty years' imprisonment. On appeal, appellant's attorney filed a brief in which he concludes the appeal is wholly frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967). The brief presents a professional evaluation of the record showing why, in effect, there are no arguable grounds to advance. *See High v. State*, 573 S.W.2d 807, 811–12 (Tex. Crim. App. [Panel Op.] 1978). Counsel delivered a copy of the brief to appellant. We advised appellant of his right to file a pro se response, but he did not file a pro se response. *See Kelly v. State*, 436 S.W.3d 313, 319–21 (Tex. Crim. App. 2014) (noting appellant has right to file pro se response to *Anders* brief filed by counsel).

We have reviewed the record and counsel's brief. *See Bledsoe v. State*, 178 S.W.3d 824, 826–27 (Tex. Crim. App. 2005) (explaining appellate court's duty in *Anders* cases). We agree the appeal is frivolous and without merit. We find nothing in the record that might arguably support the appeal.

We affirm the trial court's judgment adjudicating guilt.


/Jason Boatright/
JASON BOATRIGHT
JUSTICE


Do Not Publish
TEX. R. APP. P. 47

161348F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

STONEY RAY ADAMS, Appellant

No. 05-16-01348-CR      V.

THE STATE OF TEXAS, Appellee

On Appeal from the 86th Judicial District
Court, Kaufman County, Texas
Trial Court Cause No. 32300-86.
Opinion delivered by Justice Boatright.
Justices Fillmore and Whitehill participating.

      Based on the Court's opinion of this date, the judgment adjudicating guilt of the trial court is **AFFIRMED.**

Judgment entered this 31st day of July, 2017.